FILED
2019 Feb-01  AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

ELECTRONICALLY FILED
12/27/2018 12:11 PM
01-CV-2018-905151.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

State of Alabama
Unified Judicial System

Form ARCiv-93   Rev. 9/18

# COVER SHEET
## CIRCUIT COURT - CIVIL CASE
(Not For Domestic Relations Cases)

Case: 01

Date of Filing:
12/27/2018

Judge Code:

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### SAMANTHA FARRIS v. STRYKER CORPORATION

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☑ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING  A ☐ APPEAL FROM DISTRICT COURT  O ☐ OTHER

R ☐ REMANDED  T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

AND100

12/27/2018 12:11:45 PM
Date

/s/ WILLIAM REEVES ANDREWS
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES ☐ NO

ELECTRONICALLY FILED
12/27/2018 12:11 PM
01-CV-2018-905151.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| **SAMANTHA FARRIS**; | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Case No.: _____ |
| | ) |
| **STRYKER CORPORATION**; | ) |
| Fictitious Party Nos. 1-5, other | ) |
| responsible Stryker entities; Fictitious | ) |
| Party Nos. 6-30, the designer, | ) |
| manufacturer, creator of warnings | ) |
| and/or seller of the nail made the basis | ) |
| of this complaint; | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

This is an action for personal injuries sustained by the plaintiff, Samantha
Farris, when a nail designed, manufactured and sold by the defendant, Stryker
Corporation, broke inside of her body.

### PARTIES, JURISDICTION AND VENUE

1.      Samantha Farris is an individual over the age of 19 who resides in
Jefferson County, Alabama.  She turns 21 years old on December 30, 2018.

2.      Stryker Corporation is a foreign corporation registered to do business
in the state of Alabama and which maintains continuous and systemic contacts with
the State of Alabama by selling products here and employing sales representatives
to promote its products.

3.      Fictitious Party Nos. 1-5 are other Stryker entities (or related Stryker entities with different names) which may have designed, manufactured or sold the nail.

4.      Fictitious Party Nos. 6-30 are non-Stryker entities that may have designed, manufactured, sold, provided warnings and instructions for and/or otherwise placed the nail at issue into the stream of commerce.

5.      The nail broke, first evidencing its defect, in Jefferson County, and was removed and repaired at UAB Hospital in Jefferson County.

6.      The amount in controversy exceeds the $10,000 minimum of this court.

## FACTS COMMON TO ALL COUNTS

7.      Samantha was in a terrible car accident on August 19, 2015, in which she sustained numerous injuries.  She was treated at UAB Hospital

8.      On or about August 26, 2015, she had what is described in her records as a "NAIL 9MM 33CM TIB T2 IM" inserted in her left leg.

9.      The nail was designed, manufactured and sold by the defendant, Stryker Corporation and/or Fictitious Party Nos. 1-30.

10.     On or about April 23, 2016, the nail broke.  Her physician wrote that, "The breaking of the nail is highly atypical, and would investigate non-infectious causes of nail failure, may need to talk to the manufacturer."

11.     The broken nail required two revision surgeries and caused great physical pain.  The broken nail also caused emotional distress in the form of stress, frustration, anxiety and grief because it delayed Samantha's recovery process.

12.     The specific information about why the nail failed is available only from Stryker Corporation records and/or through inspection of the nail, which must be done with the cooperation of Stryker.

13.     Samantha and her attorneys secured the nail and associated tissue from UAB Hospital and have preserved it.  Samantha, through her attorneys on several occasions, contacted Stryker and requested a joint inspection of the nail, so that litigation could potentially be avoided based on results of the inspection, but Stryker rejected those requests.

COUNT I: NEGLIGENCE AGAINST STRYKER

14.     Stryker (and Fictitious Party Nos. 1-30) had a duty to exercise reasonable care in designing, manufacturing, warning/instructing about and selling the nail.

15.     Stryker (and Fictitious Party Nos. 1-30) breached those duties.

16.     Those breaches combined and concurred with the wrongful actions of the other defendants to cause injury to Samantha Farris.

WHEREFORE, Samantha Farris makes a demand against Stryker Corporation (and Fictitious Party Nos. 1-30) for compensatory damages in an

amount sufficient to fully and fairly compensate her for her losses.

### COUNT II: WANTONNESS AGAINST STRYKER

17.    Stryker (and Fictitious Party Nos. 1-30) had a duty not to do anything in designing, manufacturing, instructing/warning and/or selling the nail that it knew was likely to injure or kill someone.

18.    Stryker (and Fictitious Party Nos. 1-30) breached those duties.

19.    Those breaches combined and concurred with the wrongful actions of the other defendants to cause injury to Samantha Farris.

WHEREFORE, Samantha Farris makes a demand against Stryker Corporation (and Fictitious Party Nos. 1-30) for compensatory damages in an amount sufficient to fully and fairly compensate her for her losses and for punitive damages in an amount sufficient to deter and discourage similar conduct in the future.

### COUNT III: AEMLD AGAINST STRYKER

20.    Stryker (and Fictitious Party Nos. 1-30) sold and/or otherwise placed into the stream of commerce the nail that broke inside Samantha, the ultimate user/consumer; therefore, Stryker (and Fictitious Party Nos. 1-30) had a duty to make sure that the nail was not defective and unreasonably dangerous as defined under the Alabama Extended Manufacturers Liability Doctrine.

21.    The nail was defective and unreasonably dangerous in that it did not

meet the reasonable expectations of the ordinary consumer as to safety as defined under the Alabama Extended Manufacturers Liability Doctrine.

22.     The defective and unreasonably dangerous condition of the nail was a cause of injury to Samantha Farris, as described above.

WHEREFORE, Samantha Farris makes a demand against Stryker Corporation (and Fictitious Party Nos. 1-30) for compensatory damages in an amount sufficient to fully and fairly compensate her for her losses.

COUNT IV: BREACH OF WARRANTIES AGAINST STRYKER

23.     Stryker (and Fictitious Party Nos. 1-30) made statements of fact about the nail, made promises about its performance, and described the nail in certain ways.  Further, Stryker (and Fictitious Party Nos. 1-30) implied that the nail was suitable for the particular purpose of not breaking in someone's leg was fit for the ordinary purposes for which it was used, which is helping stabilize someone's leg after surgery.

24.     The nail did not conform to the express and implied warranties made by Stryker (and Fictitious Party Nos. 1-30); and more specifically, the nail was not fit for the particular purpose for which it was purchased and was not suitable for the ordinary purpose for which it was used.

25.     Those breaches of warranties and promises by Stryker (and Fictitious Party Nos. 1-30) were causes of injury to Samantha Farris as described above.

WHEREFORE, Samantha Farris makes a demand against Stryker

Corporation (and Fictitious Party Nos. 1-30) for compensatory damages in an

amount sufficient to fully and fairly compensate her for her losses.

JURY DEMAND

Samantha requests a trial by struck jury.

Respectfully submitted December 27, 2018,

 *s/Rip Andrews*
Rip Andrews
MARSH, RICKARD & BRYAN
800 Shades Crest Parkway, St. 600-D
Birmingham, AL 35209
P: (205) 879-1981

**PLEASE SERVE DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:**

**Stryker Corporation**
c/o The Corporation Company
40600 Ann Arbor Road East
Suite 201
Plymouth, MI 48170

ELECTRONICALLY FILED
12/27/2018 12:11 PM
01-CV-2018-905151.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| **SAMANTHA FARRIS**; | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Case No.: _____ |
| | ) |
| **STRYKER CORPORATION**; Fictitious | ) |
| Party Nos. 1-5, other responsible Stryker | ) |
| entities; Fictitious Party Nos. 6-30, the | ) |
| designer, manufacturer, creator of | ) |
| warnings and/or seller of the nail made the | ) |
| basis of this complaint; | ) |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT STRYKER CORPORATION

COMES NOW the plaintiff in the above-styled action and requests that the defendants, STRYKER CORPORATION, respond to the following interrogatories and request for production, separately and severally, within the time required by the Alabama Rules of Civil Procedure.

1.      State the name, address, title, and duties of the person answering these interrogatories and the place where the interrogatories are answered.

2.      For all individuals from whom a statement -- whether written or oral -- has been taken, please provide names and last known contact information, including address, phone numbers (including cell) and email.

3.      For all individuals not named in No. 2, but who you know or believe to be a witness to any of the matters mentioned in the complaint, please provide names and last known contact information, including address, phone numbers (including cell) and email.

4.      For all individuals not named in No. 2 or No. 3, but who you know or believe to have information relevant to this proceeding, please provide names and last known contact information, including address, phone numbers (including cell) and email.

5.      What are the limits of this defendant's insurance from all potentially applicable policies?

6.      Please produce all policies referenced in No. 5 above.

7.      Who designed the subject nail made the basis of this lawsuit? If different people designed different components of the nail, please list each paired with whatever component they designed along with an overall designer if such exists.

8.      Please produce all records -- whether maintained in electronic or written format -- relevant to the persons or entities named above in No. 7.

9.      Who manufactured the subject nail made the basis of this lawsuit? If different people manufactured different components, please list each paired with whatever element they manufactured along with an overall manufacturer if such exists.

10.     Please produce all records -- whether maintained in electronic or written format -- relevant to the persons or entities named above in No. 9.

11.     Who assembled the subject nail made the basis of this lawsuit?

12.     Please produce all records -- whether maintained in electronic or written format -- relevant to the persons or entities named above in No. 11.

13.     Please produce all records -- whether maintained in electronic or written format -- regarding the design, manufacture, assembly, creation, installation, provision and/or maintenance of the subject nail made the basis of this lawsuit.

14.     Did this defendant have any role whatsoever in designing, planning, manufacturing, distributing, selling, installing, assembling, producing and/or creating the subject nail made the basis of this lawsuit?

15.     If the answer to Number 14 is in the affirmative, please explain that role.

16.     Who else was involved in the design, plan, manufacture, distribution, sale, installation, assembly, production and/or creation of the subject nail made the basis of this lawsuit?

17.     For each individual or entity named in No. 16 above, please explain their role.

18.     Please produce all warnings or instructive material -- whether maintained in electronic or written format -- provided with the subject nail made the basis of this lawsuit.

19.     Please produce all written materials -- whether maintained in electronic or written format -- provided to any consumer who use, or may use the subject nail made the basis of this lawsuit.

20.     Has anyone ever before alleged by claim, lawsuit or otherwise that he or she was injured while using this product and all substantially similar products?  If so, please produce a list of such allegations.

21.     Please provide all design drawings related to the subject nail.

22.     Please provide any Design Failure Mode and Effects Analysis (DMFEA) related to the subject nail.

23.     Please provide any testing conducted on the subject nail or any of its component parts.  Please produce any tests reports along with any raw data (for example, videos of the test and/or temperature readings).

24.     Would this defendant be willing to participate in a joint inspection of the nail, which is sealed as provided by the hospital? If not, would this defendant be willing to waive any claim of spoliation so that the plaintiff may inspect the nail?

25.     What other brand names is the subject nail sold under?

26.     Please provide your testifying expert witness information in a reasonable timeframe prior to trial and/or in accordance with any scheduling order.

27.     Please provide your trial witness list in a reasonable timeframe prior to trial and/or in accordance with any scheduling order.

28.     Please provide your trial exhibit list in a reasonable timeframe prior to trial and/or in accordance with any scheduling order.

29.     Please provide a copy of any treatise or other literature this defendant plans to use at trial in a reasonable timeframe prior to trial and/or in accordance with any scheduling order.

30.     If this defendant withholds any records responsive to the above requests, please produce and provide a privilege log.

Attorney for Plaintiff

***/s/ Rip Andrews***
RIP ANDREWS (AND100)
E-mail: ripandrews@mrblaw.com
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway
Suite 600-D
Birmingham, Alabama 35209
Telephone: (205) 879-1981
Fax: (205) 879-1986

**PLEASE SERVE DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:**

**Stryker Corporation**
c/o The Corporation Company
40600 Ann Arbor Road East
Suite 201
Plymouth, MI 48170

ELECTRONICALLY FILED
12/27/2018 12:11 PM
01-CV-2018-905151.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| **SAMANTHA FARRIS**; | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | )    Case No.: _____ |
| | ) |
| **STRYKER CORPORATION**; Fictitious | ) |
| Party Nos. 1-5, other responsible Stryker | ) |
| entities; Fictitious Party Nos. 6-30, the | ) |
| designer, manufacturer, creator of | ) |
| warnings and/or seller of the nail made the | ) |
| basis of this complaint; | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S NOTICE OF FIRST VIDEOTAPED 30(b) DEPOSITION OF STRYKER CORPORATION

The Plaintiff, pursuant to Ala. R. Civ. P. 30(b)(5) & (6), before a court report or

person authorized to take deposition testimony, will—on the numbered matters below—

a) take the videotaped deposition of and b) inspect and copy records from

**one or more officers, directors, managing agents or other persons of STRYKER CORPORATION**

**1.     The design of the subject nail;**

**2.     The design history of the subject nail;**

**3.     Subsequent changes to the design of the subject nail;**

**4.     The manufacture of the subject nail;**

**5.     How the subject nail can be used to determine its origin — i.e., lot number, plant of manufacture, distribution, storage, etc.;**

6. The history of the subject nail: lot number, plant of manufacture, distribution, storage, etc.;

7. Any incidents in which substantially similar nails have broken inside patients;

8. General information about other nails designed and manufactured by the defendant;

9. General information about other products manufactured by the defendant;

10. General corporate history of the defendant;

11. General corporate structure of the defendant;

12. The incident made the basis of this complaint;

13. The state of the art in the industry from the time the subject nail was designed through the present.

Said deposition shall commence at a time, date and place to be agreed upon by the parties or otherwise determined, and shall continue from time to time thereafter until completed. The deposition will be videotaped in order to better reflect the demeanor of the witnesses and to preserve the testimony in a more compelling way for the jury at trial.


_s/Rip Andrews_
RIP ANDREWS (AND100)
Attorney for Plaintiff

OF COUNSEL:
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway
Suite 600-D
Birmingham, AL   35209
Tel:    (205) 879-1981
Fax:    (205) 879-1986
E-mail:  ripandrews@mrblaw.com

**PLEASE SERVE DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:**

**Stryker Corporation**
c/o The Corporation Company
40600 Ann Arbor Road East
Suite 201
Plymouth, MI 48170



AlaFile E-Notice

01-CV-2018-905151.00

To:   WILLIAM REEVES ANDREWS
      ssheffield@mrblaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SAMANTHA FARRIS V. STRYKER CORPORATION
01-CV-2018-905151.00

The following complaint was FILED on 12/27/2018 12:12:05 PM

Notice Date:      12/27/2018 12:12:05 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-905151.00

To:  STRYKER CORPORATION
C/O THE CORPORATION COMPA
40600 ANN ARBOR RD E #201
PLYMOUTH, MI, 48170

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SAMANTHA FARRIS V. STRYKER CORPORATION
01-CV-2018-905151.00

The following complaint was FILED on 12/27/2018 12:12:05 PM

Notice Date:      12/27/2018 12:12:05 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-905151.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### SAMANTHA FARRIS V. STRYKER CORPORATION

**NOTICE TO:** STRYKER CORPORATION, C/O THE CORPORATION COMPA 40600 ANN ARBOR RD E #201, PLYMOUTH, MI 48170

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WILLIAM REEVES ANDREWS ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 800 SHADES CREEK PARKWAY, SUITE 600-D, BIRMINGHAM, AL 35209 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SAMANTHA FARRIS pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 12/27/2018 12:12:05 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ WILLIAM REEVES ANDREWS

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____         _____         _____

*(Type of Process Server)*              *(Server's Signature)*                *(Address of Server)*

_____         _____

                                    *(Server's Printed Name)*               *(Phone Number of Server)*



# NOTICE TO CLERK

## REQUIREMENTS FOR COMPLETING SERVICE BY
## CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SAMANTHA FARRIS V. STRYKER CORPORATION

01-CV-2018-905151.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $12.93

Parties to be served by Certified Mail - Return Receipt Requested

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

STRYKER CORPORATION                                          Postage: $12.93

C/O THE CORPORATION COMPA

40600 ANN ARBOR RD E #201

PLYMOUTH, MI 48170

Parties to be served by First Class Mail

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7018 2290 0000 5738 1919

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STRYKER CORPORATION
C/O THE CORPORATION COMPA
40600 ANN ARBOR RD E #201
PLYMOUTH, MI 48170

9590 9402 4424 8248 9565 87

2. Article Number *(Transfer from service label)*

7018 2290 0000 5738 1919

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

CVK  9051515/c

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STRYKER CORPORATION
C/O THE CORPORATION COMPA
40600 ANN ARBOR RD E #201
PLYMOUTH, MI 48170

9590 9402 4424 8248 9565 87

2. Article Number (Transfer from service label)

7018 2290 0000 5738 1919

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X THE CORPORATION COMPANY
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

JAN 0 2 20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
JAN 08 2019
ANNE-MARIE ADAMS
CLERK

USPS TRACKING #

9590 9402 4424 8248 9565 87

* Sender: Please print your name, address, and ZIP+4® in this box•

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

United States
Postal Service

FILED IN OFFICE
DISTRICT CIVIL DIVISION
JAN 08 2019
ANNE-MARIE ADAMS
CLERK



AlaFile E-Notice

01-CV-2018-905151.00

Judge: MICHAEL G GRAFFEO

To:   ANDREWS WILLIAM REEVES
      ssheffield@mrblaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SAMANTHA FARRIS V. STRYKER CORPORATION
01-CV-2018-905151.00

The following matter was served on 1/4/2019

**D001 STRYKER CORPORATION**
**Corresponding To**
CERTIFIED MAIL

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov