THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMANTHA FARRIS, | ) |
| Plaintiff, | ) |
| v. | ) |
| STRYKER CORPORATION, Fictitious Party Nos. 1-5, other responsible Stryker entities; Fictitious Party Nos. 6-30, the designer, manufacturer, creator of warnings and/or seller of the nail made the basis of this complaint; | ) CIVIL ACTION NUMBER: 2:19-cv-00187-RDP |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant file this Joint Stipulation of Dismissal of all claims *with prejudice* through their undersigned attorneys. Each party will bear her or its own costs and attorneys' fees.

Respectfully submitted:

4851-1256-7231.1

| | |
|---|---|
| /s/ W.R. Rip Andrews | /s/ Hillary C. Campbell |
| W.R. Rip Andrews | John W. Smith T (ASB-4805-M66J) |
| Richard J. Riley | Hillary C. Campbell (ASB-5189-G82E) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| MARSH, RICKARD & BRYAN, P.C. | BRADLEY ARANT BOULT CUMMINGS LLP |
| 800 Shades Creek Parkway, Suite 600-D | One Federal Place |
| Birmingham, AL 35209 | 1819 Fifth Avenue North |
| ripandrews@mrblaw.com | Birmingham, AL 35203 |
| rriley@mrb.law.com | jsmitht@bradey.com |
| | hcampbell@bradley.com |

4851-1256-7231.1