# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SAMANTHA FARRIS,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:19-cv-00187-RDP |
| } | |
| **STRYKER CORPORATION,** } | |
| } | |
| Defendant. } | |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 48), filed June 10, 2020, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this June 11, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE